·MADELAINE A. HARDENBROOK, Appellant, v. A. & U. RESTAURANTS, INC., and Another, Respondents.— Order affirmed, with twenty dollars costs and dis-

bursements. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by striking out the partial defense as to the defendant R. & A. Concessions Co., Inc.